## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI JOOBEEN, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA POLICE | : | |
| DEPARTMENT, <u>et al.</u>, | : | |
| **Defendants.** | : | NO. 09-1376 |

## <u>ORDER</u>

AND NOW, this 4th day of March 2010, upon consideration of the Motion to Dismiss

Plaintiff's Complaint (Doc. No. 15) filed by former Philadelphia District Attorney Lynne

Abraham, Assistant District Attorneys Jennifer Kralle and Kristen M. DeYoung, and the

Philadelphia District Attorney's Office (collectively, the "DA Defendants"), and Plaintiff's

opposition thereto (Doc. No. 18), IT IS HEREBY ORDERED that the DA Defendants' Motion

to Dismiss (Doc. No. 15) is GRANTED.

 

 

BY THE COURT:

 

<u>S/Gene E.K. Pratter</u>
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE