# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI JOOBEEN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA POLICE | : | NO. 09-1376 |
| DEPARTMENT, et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of February 2011, upon consideration of Defendants' Motion to Dismiss for Lack of Prosecution (Docket No. 25), and Defendants' CAMCO Management Co. and Marie O'Brien's Motion to Dismiss Plaintiff's Complaint (Docket No. 23), and following a hearing held on October 1, 2010, it is hereby ORDERED that:

1. The Motions (Docket Nos. 25 and 23) are GRANTED, and all claims against Defendants City of Philadelphia, City of Philadelphia Police Department, Police Commissioner Charles Ramsey, Police Officers Fernando Garcia and Beth Babbs, CAMCO Management Co., and Marie O'Brien are DISMISSED.

2. Defendants CAMCO Management Co.'s and Marie O'Brien's Motion for Summary Judgment (Docket No. 24) is MOOT.

3. All claims against Defendants John Doe 1 (Police Driver of Tow Truck #G12, Vehicle #97503), John Doe 2 (Police Officer Badge #4799), and John Doe 3 (Police Officer Badge #8900) are DISMISSED for failure to prosecute.

4. The Clerk of the Court shall CLOSE this case for all purposes.

                                                BY THE COURT:

                                                S/Gene E.K. Pratter
                                                GENE E.K. PRATTER
                                                United States District Judge